

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 10, 2020

**BY ECF**

Application DENIED. SO ORDERED.

February 10, 2020

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      **Re:** *United States v. Dorlyn Tavarez Mota* **19 Cr. 879 (JMF)**

Dear Judge Furman:

      The parties in the above-referenced matter respectfully request a two-week adjournment of the pretrial conference currently scheduled for February 11, 2020, at 3:15 p.m. The defense has advised the Government that this matter will be resolved through a pretrial disposition. The additional two weeks will allow the parties sufficient time to finalize a plea agreement. This is the parties' first request for an adjournment.

      The Government also respectfully requests, with the consent of the defense, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between February 11, 2020 and the date of the next conference, which the parties expect to be a chance-of-plea proceeding. The exclusion of time will enable to parties to finalize their discussions about a disposition of this matter. A proposed order is included for the Court's consideration.

      Very truly yours,

      GEOFFREY S. BERMAN
      United States Attorney

    by:   /s/ Nicholas W. Chiuchiolo
        Nicholas W. Chiuchiolo
        Assistant United States Attorney
        (212) 637-1247

cc: Cesar De Castro (by ECF)

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X
                                  :      [Proposed]
UNITED STATES OF AMERICA          :      ORDER
                                  :
     - v. -                       :      19 Cr. 879 (JMF)
                                  :
DORLYN TAVAREZ MOTA,              :
                                  :
               Defendant.         :
                                  :
- - - - - - - - - - - - - - - - -X
```

WHEREAS, the Government moves to exclude time from the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between February 11, 2020 and the date of the next conference;

WHEREAS; the defendant, through his attorney, Cesar De Castro, consents to the Government's application because the exclusion will allow the parties additional time to finalize a plea agreement;

WHEREAS; this Court has determined that the ends of justice served by the exclusion of time outweigh the best interests of the public and the defendant in a speedy trial because the exclusion is designed to guarantee the defendant sufficient time to finalize the terms of a plea agreement;

IT IS HEREBY ORDERED that time from February 11, 2020 and the date of the next conference, _____, is excluded from the Speedy Trial Act in the interest of justice.

Dated:   New York, New York
        Dated:

SO ORDERED:

_____
HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK