UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
UNITED STATES OF AMERICA                                                :
:
    -v-                                                             :    19-CR-879 (JMF)
:
DORLYN TAVAREZ MOTA,                                                    :    <u>ORDER</u>
:
                Defendant.                                           :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

        Pursuant to Standing Order M-10-468 (MC), 20-MC-197, entered on April 20, 2020, jury trials in this District have been suspended in light of the COVID-19 pandemic.  In light of that Standing Order, trial in this matter, scheduled for July 20, 2020, will have to be adjourned.  The parties should confer and, no later than June 30, 2020, submit a joint letter addressing how to proceed — including but not limited to whether and when trial should be rescheduled; whether the Court should hold a conference (and, if so, whether the Defendant would consent to proceed by either telephone or videoconference); and whether time should be excluded under the Speedy Trial Act (in which case, the parties should submit a proposed order as well).

        SO ORDERED.

Dated: June 23, 2020
       New York, New York                                  JESSE M. FURMAN
                                                         United States District Judge