

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 7, 2020

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: *United States v. Dorlyn Tavarez Mota* **19 Cr. 879 (JMF)**

Dear Judge Furman:

  The parties in the above-referenced matter respectfully request a sixty-day adjournment of the pretrial conference currently scheduled for October 19, 2020. The requested adjournment will allow time for the parties to continue discussions regarding a disposition of this matter.

  The Government also respectfully requests, with the consent of the defense, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between October 19, 2020 and the date of the next conference.

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by:  /s/ Nicholas W. Chiuchiolo
  Nicholas W. Chiuchiolo
  Assistant United States Attorney
  (212) 637-1247

Application GRANTED. The conference is ADJOURNED to December 14, 2020, at 2:30 p.m. Time is excluded in the interests of justice from today until December 14, 2020, to enable defense counsel to confer with the Defendant. The Clerk of Court is directed to terminate Doc. #24. SO ORDERED.

October 8, 2020

cc: Cesar De Castro, Esq. (by ECF)