


**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 3, 2020

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

     Re:  *United States v. Dorlyn Tavarez Mota* **19 Cr. 879 (JMF)**

Dear Judge Furman:

     The parties in the above-referenced matter respectfully request a forty-five day adjournment of the pretrial conference currently scheduled for December 14, 2020. The requested adjournment will allow time for the parties to continue discussions regarding a disposition of this matter.

     For the same reason, the Government also respectfully requests, with the consent of the defense, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between December 14, 2020 and the date of the next conference.

     Very truly yours,

     AUDREY STRAUSS
     Acting United States Attorney

     by:   /s/ Nicholas W. Chiuchiolo
          Nicholas W. Chiuchiolo
          Assistant United States Attorney
          (212) 637-1247

cc: Cesar De Castro, Esq. (by ECF)

---

Application GRANTED. The pre-trial conference is hereby ADJOURNED to February 22, 2021, at 2:30 p.m. Time is excluded from today, December 3, 2020, until February 22, 2021. The Court finds that the interests in excluding that time outweigh the interests of the Defendant and the public in a speedy trial for the reasons in the Government's letter. The Clerk of Court is directed to terminate Doc. #29. SO ORDERED.

December 3, 2020