# THE LAW FIRM OF
# CÉSAR DE CASTRO, P.C.
ATTORNEY AT LAW

7 World Trade Center, 34th Floor
New York, New York 10007

646.200.6166 Direct
646.839.2682 Fax
www.cdecastrolaw.com
cdecastro@cdecastrolaw.com

February 11, 2021

*Via* **E-Mail**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 11201

      Re:    <u>United States v. Dorlyn Tavarez Mota</u>, 19 Cr. 879 (JMF)

Dear Judge Furman,

Pursuant to this Court's February 8, 2021 order, the parties submit this joint letter with respect to whether the Court should conduct the proceeding scheduled for February 25, 2021. The parties jointly request that this matter be adjourned an additional sixty days. Mr. Tavarez Mota consents to the exclusion of time under the Speedy Trial Act until the next adjourn date.

Respectfully submitted,

/s/

César de Castro

Cc:    Nicholas Chiuchiolo
        Daniel Wolf
        Aline Flodr
        Assistant United States Attorneys (*via* ECF)

---

Application GRANTED. The conference is hereby ADJOURNED to April 26, 2021, at 3:00 p.m. Time is excluded in the interests of justice from today until April 26 2021, to enable counsel and the Defendant to confer and prepare in a safe manner. The Clerk of Court is directed to terminate Doc. #33. SO ORDERED.

February 16, 2021