



*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 15, 2021

**BY ECF**

Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

    Re:  *United States v. Dorlyn Tavarez Mota* 19 Cr. 879 (JMF)

Dear Judge Furman:

    The parties in the above-referenced matter respectfully request a ninety-day adjournment of the pretrial conference currently scheduled for April 26, 2021.  The requested adjournment will allow time for the parties to continue discussions regarding a disposition of this matter.

    For the same reason, the Government also respectfully requests, with the consent of the defense, that time be prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between April 26, 2021 and the date of the next conference.

    Very truly yours,

    AUDREY STRAUSS
    United States Attorney

    by:  /s/ Nicholas W. Chiuchiolo
    Nicholas W. Chiuchiolo
    Assistant United States Attorney
    (212) 637-1247

cc: Cesar De Castro, Esq. (by ECF)

Application GRANTED. No further adjournments are likely to be granted.  The conference is hereby ADJOURNED to July 26, 2021, at 2:30 p.m. Time is excluded in the interests of justice from today, until July 26, 2021, for the reasons started in the Government's letter. The Clerk of Court is directed to terminate Doc. #36. SO ORDERED.

April 16, 2021