UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: *1-24-24*

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                Plaintiff,

          -against-

DORLYN TAVAREZ MOTA,

                             Defendant.

------------------------------------------------------------------ x

19 CR 879 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Sentencing Hearing is set for **April 25, 2024** at **12:00 p.m.**

**SO ORDERED.**

Dated:      New York, New York
              January 24, 2024

                                      **ANDREW L. CARTER, JR.**
                                      **United States District Judge**