```
UNITED STATES DISTRICT COURT                         USDC SDNY
SOUTHERN DISTRICT OF NEW YORK                        DOCUMENT
                                                     ELECTRONICALLY FILED
------------------------------------------------ x   DOC#: _____
UNITED STATES OF AMERICA,                         :  DATE FILED: 4-10-24
                                                  :
                          Plaintiff,              :
                                                  :  19 CR 879 (ALC)
           -against-                              :
                                                  :  **ORDER**
DORLYN TAVAREZ MOTA,                              :
                                                  :
                          Defendant.              :
                                                  :
                                                  :
------------------------------------------------ x
```

ANDREW L. CARTER, JR., District Judge:

The Sentencing set for April 25, 2024 is adjourned to **June 28, 2024** at **3:30 p.m.**

SO ORDERED.

Dated:   New York, New York
         April 10, 2024

_____
ANDREW L. CARTER, JR.
United States District Judge